PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald Manzo                     Docket Number: 06-00868-002
                                                   PACTS Number: 47754

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh, United States District Court Judge

Date of Original Sentence: 06/20/2007

Original Offense: CONSPIRACY TO DEFRAUD THE UNITED STATES

Original Sentence: 3 years probation.

Type of Supervision: Probation                     Date Supervision Commenced: 06/20/20

Assistant U.S. Attorney: V. Grady O'Malley, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

Defense Attorney: Lawrence Horn, Esq., Sills, Cummis, Epstein, and Gross, One Riverfront Plaza, Newark, New Jersey, 07102-5400, (973) 643-5484

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.'<br><br>As reported by the Pretrial Services Agency, District of New Jersey, on July 23, 2009, the offender was arrested by the agents from the Federal Bureau of Investigation and charged with two counts of Interference of Commerce by Threats or Violence, in violation of 18 U.S.C. § 1952(a). |

I declare under penalty of perjury that the foregoing is true and correct.

By: Shawn Marie Leakan
U.S. Probation Officer
Date: 7/23/09

PROB 12C - Page 2
Ronald Manzo

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7/23/09
Date